# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOSHUA D. JONES, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 1:11-CV-01431-JMS-DKL |
| C & D TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

## STIPULATION TO CONDITIONALLY
## CERTIFY THE COLLECTIVE ACTION

Plaintiffs, by counsel, and Defendant, by counsel, hereby agree to allow the Court to conditionally certify the class for purposes of the FLSA collective action captioned above. The grounds for the stipulation are as follows:

1.      On January 31, 2012, Plaintiffs motioned the Court for collective certification of the class in this action.  See Docket Entry 34.

2.      On March 15, 2012, Defendant moved to stay that collective certification finding and notice, pending briefing and resolution of the 203(o) defenses in this case.  See Docket Entry 59.

3.      On September 6, 2012, after conferring with the parties, and with Plaintiffs' consent, Plaintiffs' Motion for collective certification of the class was withdrawn without prejudice and the Plaintiffs' motions [Docket 34 and 36] were terminated.  The Court set a status conference after ruling upon the Motions for Partial Summary Judgment to establish further scheduling orders.  See Docket Entry 105.

4.      On October 3, 2012, the Court ruled on the Motions for Partial Summary Judgment.

5.      Following the October 3, 2012 ruling, counsel for the parties conferred and agreed that this matter should be conditionally certified as a collective action under 29 USC § 216(b).  The parties further agreed that Plaintiffs shall file a proposed Notice of FLSA Collective Action attached to a Motion for Approval of Collective Action Notice on or before Thursday October 25, 2012.  Defendant shall file any response or objection on or before Monday November 12, 2012.  If Plaintiffs have any reply or rebuttal, Plaintiffs shall file same on or before Wednesday November 21, 2012.

6.      C&D retains the right following the close of discovery to contest portions of this certification should it appear, following all fact discovery, that one or more portions of this class no longer retain the commonality to justify continuation of the same class.

7.      The parties stipulate however that the conditional certification class should be described as follows:

> Present and former hourly-paid employees of C&D Technologies, Inc. who work or worked for C&D Technologies, Inc. at its Attica, Indiana facility at any time from January 31, 2009 to the present.[1]

**IT IS SO STIPULATED:**

Respectfully submitted,

HUNT HASSLER & LORENZ LLP                    FAEGRE BAKER DANIELS LLP

*s/Robert Peter Kondras, Jr.*                          s/*Martha M. Lemert*

---

[1] The parties note that a few of the existing Plaintiffs (for example, the original Plaintiff Joshua D. Jones) may have the ability to argue that the statute of limitations permits a look back period to a date as far as October 26, 2008, however, both parties agree that any person who chooses to opt in to the collective action in response to the Notice mailed as a result of this stipulation will be barred from seeking any recovery of lost wages for any period earlier than January 31, 2009.

Robert P. Kondras, Jr. (#18038-84)    Martha M. Lemert (#20961-02)
100 Cherry Street    Samuel K. Conrad (#30304-01)
Terre Haute, IN  47807    111 E. Wayne Street, Suite 800
Phone:  (812)2 32-9691    Fort Wayne, IN  46802
Fax:  (812) 234-2881    Phone:  (260) 424-8000
E-mail:  kondras@huntlawfirm.net    Fax:    (260) 460-1700
    Email:  martha.lemert@FaegreBD.com
ATTORNEYS FOR PLAINTIFFS    Email:  samuel.conrad@FaegreBD.com
    ATTORNEYS FOR DEFENDANT,
    C & D TECHNOLOGIES, INC.

**SO ORDERED AND APPROVED:**


Dated: _____    _____
    U.S. District Court Judge


Distribution:

Robert P. Kondras, Jr.
HUNT, HASSLER & LORENZ LLP
kondras@huntlawfirm.net

Caitlin M. Miller
HUNT, HASSLER & LORENZ LLP
miller@huntlawfirm.net

Martha M. Lemert
FAEGRE BAKER DANIELS LLP
martha.lemert@FaegreBD.com

Tareen Zafrullah
FAEGRE BAKER DANIELS LLP
tareen.zafrullah@FaegreBD.com

Samuel K. Conrad
FAEGRE BAKER DANIELS LLP
samuel.conrad@FaegreBD.com