UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHUA D. JONES, JOEY PYCKE, ) <br> EDWARD PURCELL, ) <br> CHARLES R. IRONS, ) <br> RONDA THOMPSON, ) <br> KELLY SCHREIBER, et al. ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> C & D TECHNOLOGIES, INC., ) <br> ) <br> Defendant ) | **FLSA COLLECTIVE ACTION** <br> **COMPLAINT UNDER** <br> **29 USC § 216(b)** <br><br> CASE NO. 1:11-cv-1431 JMS-DKL |

**DEFENDANT C & D TECHNOLOGIES, INC.'S**
**SECOND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant C & D Technologies, Inc. ("C&D"), by counsel, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, hereby respectfully moves for partial summary judgment against Plaintiffs on their Fair Labor Standards Act ("FLSA") claims on the grounds that there is no genuine issue as to any material fact and, therefore, C&D is entitled to judgment as a matter of law.  Specifically, C&D seeks a ruling from the Court making the following legal determinations:

1. Plaintiffs' meal breaks do not constitute hours worked under the FLSA and C&D appropriately included meal break pay in the regular rate;

2. Plaintiffs cannot recover additional compensation for unpaid time worked under forty (40) hours (i.e., gap time) in any given workweek;

3. Any work time remaining after the paid lunch time, gap time, and premium payments are taken into account is *de minimis*;

4. C&D is entitled to offsets for premium payments;

5. Plaintiffs cannot recover liquidated damages under the FLSA; and

6. The FLSA's two (2)-year statute of limitations, not three (3)-year statute of limitations, applies.

Attached to this Motion as Exhibit 1 is Defendant's Appendix in Support of Second Cross-Motion for Partial Summary Judgment listing the additional exhibits attached hereto in support of Defendant's Motion.

In support of its Motion, C&D is filing contemporaneously herewith its Memorandum in Support of Second Cross-Motion for Partial Summary Judgment and Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment.

Respectfully submitted,

FAEGRE BAKER DANIELS LLP


s/*Martha M. Lemert*
Martha M. Lemert (#20961-02)
111 E. Wayne Street, Suite 800
Fort Wayne, IN  46802
Telephone: (260) 424-8000
Facsimile:  (260) 460-1700
Email:  martha.lemert@faegrebd.com

Tareen Zafrullah (#25892-49)
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone:  (317) 237-0300
Fax:     (317) 237-1000
E-mail:  tareen.zafrullah@faegrebd.com

ATTORNEYS FOR DEFENDANT
C&D TECHNOLOGIES, INC.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 25, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

   Robert Peter Kondras, Jr.
   Caitlin M. Miller
   Hunt Hassler & Lorenz LLP
   100 Cherry Street
   Terre Haute, IN  47807

            s/*Martha M. Lemert*