UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHUA D. JONES, JOEY PYCKE, <br> EDWARD PURCELL, <br> CHARLES R. IRONS, <br> RONDA THOMPSON, <br> KELLY SCHREIBER, et al. <br><br> Plaintiffs <br><br> vs. <br><br> C & D TECHNOLOGIES, INC., <br><br> Defendant | FLSA COLLECTIVE ACTION <br> COMPLAINT UNDER <br> 29 USC § 216(b) <br><br> CASE NO. 1:11-cv-1431 JMS-DKL |

## DEFENDANT'S MOTION TO CONSIDER SUPPLEMENTAL AUTHORITY

On January 27, 2014, the U.S. Supreme Court issued its decision in Sandifer v. U.S. Steel Corp., No. 12-417 (Jan. 27, 2014). In light of the Sandifer decision, for the reasons stated in the brief filed contemporaneously herewith, and pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, Defendant, C&D Technologies, Inc. ("C&D"), by counsel, respectfully requests that the Court reevaluate its ruling in Section III(A)(2) of its October 3, 2012 Order (Docket No. 116).

Respectfully submitted,

FAEGRE BAKER DANIELS LLP


s/*Martha M. Lemert*
Martha M. Lemert (#20961-02)
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email: martha.lemert@faegrebd.com

Tareen Zafrullah (#25892-49)
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
E-mail: tareen.zafrullah@faegrebd.com

ATTORNEYS FOR DEFENDANT
C&D TECHNOLOGIES, INC.


**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

>Robert Peter Kondras, Jr.
>Caitlin M. Miller
>Hunt Hassler & Lorenz LLP
>100 Cherry Street
>Terre Haute, IN 47807


s/*Martha M. Lemert*

dms.us.53557883.01