# SETTLEMENT AGREEMENT AND RELEASE

In exchange for the mutual promises contained in this Settlement Agreement and Release ("Agreement") and to avoid the cost and expenses of further pursuit of claims, Joshua Jones, Rick Winchester and the other Plaintiffs listed on the attached Appendix A to this Agreement ("Plaintiffs") and C&D Technologies, Inc. (the "Company"), agree to the following:

1. **Withdrawal of Collective Action Claims.** Plaintiffs have brought Civil Action No. 1:11-cv-01431 in the United States District Court for the Southern District of Indiana, Indianapolis Division (the "Lawsuit") under the Fair Labor Standards Act ("FLSA"). Plaintiffs and the attorneys who have entered an appearance on his behalf in this action, as well as their firms, affirm and warrant that they do not currently represent and are not aware of any other individual that has relied on the pendency of the Lawsuit to toll a statute of limitations or otherwise. Plaintiff's counsel agrees that his firm will not publicize the Agreement.

2. Upon court approval and full payment of the amounts identified in this Agreement, Plaintiffs' attorneys will execute and file, along with counsel for the Company, a stipulation to dismiss the Lawsuit with prejudice.

3. **Release and Waiver of Claims.** To the fullest extent permitted by law, Plaintiffs release and waive any and all claims they have or may have related to the payment of wages through February 2, 2013, including but not limited to claims under the FLSA and all other federal, state, and local laws and common law, and including personal claims and claims for interest, attorneys' fees and costs, that exist as of the date he executes this Agreement, whether known or unknown, that have been or could be asserted against Company and all of its current or former related entities, and all of its or their current or former directors, officers, managers, supervisors, representatives, attorneys, insurers, fiduciaries, agents and employees. This waiver and release specifically includes any claims or allegations that were, or have been, made in the Lawsuit. Nothing in this Agreement shall be construed to constitute a waiver of future claims or to prohibit any Plaintiffs from filing a Charge of Discrimination or any other charge with the Equal Employment Opportunity Commission or with any comparable state or local administrative agency. This release does not include any claims that cannot by law be released through this Agreement, but the parties intend that it be construed as broadly as lawfully possible.

4. **Court Approval of Agreement.** Because Plaintiffs' claims under the FLSA cannot be validly waived without court approval the parties shall file a joint motion with the Court in the Lawsuit requesting that the Court review and approve this Agreement. This Agreement is contingent upon the Court approving it. If the Court declines to approve this Agreement, this Agreement is null and void, and the Company will not have any obligation to make the payments specified in Paragraph 5.

5. **Dismissal of Lawsuit.** Promptly after the Court approves the Agreement and the Company pays the amounts identified in this Agreement, Plaintiffs will stipulate to the dismissal of the Lawsuit, with prejudice, and agree that they will not bring any other legal actions based on a) alleged acts or omissions which led to the filing of the Lawsuit or b) acts or omissions that occurred prior to the execution of this Agreement.

6. <u>Payments</u>. The total amounts paid under this agreement will be One Million, Three Hundred and Seventy Eight Thousand Dollars and 00/cents ($1,378,000.00). This amount will be paid out as follows:

a) $35,500 monthly payments made for 36 months on the 30th of the month after this Agreement is approved by the Court.

b) $100,000 lump sum payment made on the later of 1) Court approval of this settlement or 2) July 31, 2014.

c) Amounts paid under this Agreement to each Plaintiff will be divided up among each individual Plaintiff as allocated in Appendix A. The total amount paid under Appendix A will be Eight Hundred and Fifty-Two Thousand Dollars and 00 Cents ($852,000.00). The formula for this is the amounts listed to each Plaintiff in Plaintiffs' counsel's original settlement demand from May 2013 damages chart times .2357385 for each Plaintiff.

d) In addition to the payments allocated in Appendix A, the following individuals will receive additional incentive payments: Josh Jones - $25,000, Rick Winchester - $25,000; Joey Pycke, Ed Purcell, Charles Irons, Ronda Thompson, Kelly Schreiber, Joshua Abernathy, Ted Deckard, Andrew Geyer, Samuel Gritten, Phyllis Hill, Ramon Robbins, Mark Taylor each receive an additional $1,000 above the amounts set forth in Appendix A. These amounts in part d will be paid out of the $100,000 payment set forth in b) above. Any remaining amounts of the $100,000 will be issued to Plaintiff's counsel.

7. Each Plaintiff will be issued a Form 1099 for these payments set forth in Appendix A. The Plaintiffs will be solely responsible for paying all local, state and federal taxes on the distribution received.

In addition, Plaintiffs' attorneys will be paid an amount of Four Hundred Twenty Six Thousand Dollars ($426,000.00) This sum will be paid out over the thirty-six installment payments. In addition Plaintiffs' attorneys will be paid $38,000 from the $100,000 lump sum payment listed in b) above.

These fees and costs are inclusive of all fees and costs to be incurred by Plaintiffs' counsel in representing them in this action, including court approval, administration, and completion of settlement. A Form 1099 shall issue to Plaintiffs' counsel and/or his firm regarding the payment of these sums.

The first payment of the amounts above shall be sent to counsel for Plaintiffs within fifteen (15) business days after the latest of the date upon which the Court (i) approves this fully-executed Agreement and (ii) approves the Joint Motion to stay the Lawsuit pending final payments under this Agreement. No Stipulation to Dismiss will be filed with the court until all payments have been made under this Agreement. In conjunction with seeking Court approval of the Agreement, counsel for both the Company and Plaintiffs will file a Joint Motion to Stay the proceedings pending payout of the amounts set forth in this Agreement. Plaintiffs' counsel will provide to

counsel for the Company an executed Form W-9 to provide such firm's federal tax identification number.

8. Taxation of Payments. The Company shall issue a Form 1099 to Plaintiffs for the amount contained in Appendix A. As to the attorneys' fees and costs in paragraph 5, the Company will issue to Plaintiffs' attorney a Form 1099. Plaintiffs agree to pay any and all additional tax liabilities they may owe as a result of this settlement and to hold Company harmless for any tax liability, penalties, interests, and attorneys' fees on these amounts.

9. Effects of Default

a) Company agrees that a judgment may be entered against the Company in the amount of $1.6 million dollars less amounts already paid on this Agreement in the event the Company defaults on its obligations under this Agreement. A default occurs if either a) the Company files bankruptcy or b) the Company misses a payment under this Agreement and does not cure within 30 days.

10. Acknowledgments. Attorney for Plaintiffs' Robert Kondras acknowledges that he has power of attorney for all Plaintiffs and has agreed to all terms and conditions of this settlement agreement on behalf of all Plaintiffs including all Plaintiffs listed in Appendix A. Representative Plaintiffs Josh Jones and Rick Winchester acknowledge that a) they have consulted with Plaintiffs' attorney prior to signing this Agreement, b) they have carefully read and fully understand the provisions of this Agreement, c) they have had a reasonable time to consider it, d) they have discussed all of the provisions of this Agreement with Plaintiffs' attorney, and e) they are entering into it voluntarily.

11. Non-Admission. This Agreement was made in compromise of vigorously disputed claims and the payments and agreements made are not an admission by Company of, and it specifically denies, any liability or that it has violated any federal, state, or local law or common law or that it has committed any wrongful act.

12. Binding Nature and Modification. This Agreement is binding upon Plaintiffs and their heirs, administrators, representatives, executors and upon Company and its successors. The language of this Agreement shall be construed as a whole, according to its fair meaning, and not strictly for or against the drafter, and in accordance with the laws of the State of Indiana. This Agreement may not be modified except by a written document signed by both Plaintiffs and the Company.

13. Entire Agreement and Severability of Provisions. This document sets forth the entire agreement between Plaintiffs and the Company. It supersedes any and all prior agreements or understandings between them, written or oral, pertaining to the subject matter of this document. Plaintiffs acknowledge that in executing this Agreement, they are not relying upon any representation or statement made by Company or by any of its representatives or attorneys other than those that are specifically stated in this Agreement. Should any provision of this Agreement be found unenforceable or invalid for any reason, that fact shall not affect the enforceability or validity of its remaining provisions.

US.54138948.01

-4-

14. <u>Counterparts</u>. This Agreement may be executed in counterparts, which taken together shall constitute but one Agreement.

[remainder of this page intentionally left blank]

US.54138948.01

C&D Technologies, Inc.

_/s/ Josh Jones_
Josh Jones

Date: 5-5-2014

By: _/s/ David J Anderson_
Printed: David J Anderson
Title: V.P. and General Counsel
Date: May 5, 2014

Rick Winchester _/s/ Rick Winchester_

Date: 5-5-2014

APPROVED ON BEHALF OF ALL OTHER
PLAINTIFFS LISTED ON APPENDIX A:

Approved as to form:

HUNT, HASSLER, LORENZ & KONDRAS, LLP

FAEGRE BAKER DANIELS LLP

By: _/s/ Robert Kondras_
Robert Kondras

By: _/s/ Martha M. Lemert_
Martha M. Lemert
111 E. Wayne Street, Ste 800
Fort Wayne, IN 46802

Attorneys for Plaintiffs

Attorney for Defendant

-5-

US.54138948.01

## Appendix A

| Last Name | First Name | Amount |
|---|---|---|
| Abernathy | Joshua Dale | $4,798.43 |
| Adkins | Jerry | $5,022.39 |
| Allen | Kristy | $4,605.36 |
| Allen | Patrick | $4,734.07 |
| Allison | Kim | $752.68 |
| Amy | Randy | $4,329.91 |
| Ashley | Scott | $3,681.20 |
| Bainbridge | April | $2,113.01 |
| Bainbridge | Jacob | $3,083.85 |
| Barker | Randy | $4,548.73 |
| Bartlett | Anthony | $7,357.25 |
| Bartlett | Michael | $6,744.57 |
| Benedict | Nick (Rolla Nicholas) | $4,530.71 |
| Blackburn | Christian | $5,207.74 |
| Borst | Louis | $6,049.52 |
| Bowling | Thomas | $7,411.31 |
| Bradbury | Kenneth | $2,148.60 |
| Britt | Amanda | $4,412.29 |
| Britt | Harley | $6,852.69 |
| Burchett | Christopher | $55.69 |
| Butcher, Sr. | Tony | $2,758.93 |
| Butler | Donald | $1,643.06 |
| Butler | Ronald | $937.84 |
| Campbell | Deane | $5,557.84 |
| Campbell | Kevin | $5,928.53 |
| Causley, Sr. | Jeffrey | $4,875.66 |
| Childers | Scott | $6,896.45 |
| Childress | Travis | $6,590.12 |
| Clevenger | Frank | $5,179.42 |
| Clevenger | Ronald | $6,294.08 |
| Collins | James | $4,023.58 |
| Collins | Kenneth | $5,063.58 |
| Craft | Robert | $5,472.89 |
| Crain | Todd | $6,618.43 |
| Crawley | Jerry | $567.14 |
| Cripe | Max Wayne | $4,039.02 |
| Crosby | Daniel | $4,255.26 |
| Darding | Harry | $5,508.93 |
| Dayhuff | Anthony (A.J.) | $2,228.79 |
| Deckard, Jr. | Ted | $7,256.85 |

subject to review
RPK
MML

| Last Name | First Name | Amount |
|---|---|---|
| Deel | Alex | $6,183.38 |
| Dietrich | David | $4,607.93 |
| Delaney | Anthony | $7,295.47 |
| Dobbs | Alan | $5,557.84 |
| Dodd | Bruce | $5,933.68 |
| Douglas | Gordon | $7,509.13 |
| Duncan | Anthony | $7,370.12 |
| Everett | Emma | $51.76 |
| Everson | Natasha | $5,859.03 |
| Fletcher | Rodney | $6,291.50 |
| Ford | Ronald | $6,090.71 |
| Furr | David | $5,485.76 |
| Gates | Stephen | $7,112.69 |
| Geyer | Andrew | $5,604.17 |
| Grady-Hornor | Carmen | $3,560.21 |
| Green | Brenda | $3,797.04 |
| Gritten | Samuel | $3,758.43 |
| Grubb | Larry | $4,770.11 |
| Hainje | Tamie | $3,611.69 |
| Hanshew | Jason | $1,399.78 |
| Harden | Shawn | $637.98 |
| Hardesty | Carla | $4,880.81 |
| Haymaker | Debbi | $1,048.85 |
| Hayman | Adam | $1,068.53 |
| Hayman | Michael | $6,358.43 |
| Hayman | Seth | $1,433.54 |
| Hembree | Arlie | $6,636.45 |
| Hershberger | Paul | $4,062.19 |
| Hill | Phyllis | $4,087.93 |
| Himes | David | $6,036.65 |
| Himes | Jennifer | $5,216.30 |
| Hinkle | Randall | $6,726.55 |
| Hinote | Kevin | $3,820.21 |
| Hinote | Sara | $919.61 |
| Hislope | Rich | $5,485.76 |
| Hockenberry | Kevin | $49.27 |
| Holtkamp | Kyle | $5,879.62 |
| Hanthorn | Joseph | $7,367.54 |
| Hurd | Guye | $3,277.63 |
| Hutson | Donnie | $7,205.37 |
| Irons | Charles | $2,442.82 |
| Jackson | Jeanne | $5,655.66 |

| Last Name | First Name | Amount |
|---|---|---|
| Jennings | Mary | $551.36 |
| Jewell | Charles | $5,302.98 |
| Jones | Davy | $5,514.07 |
| Jones | Deborah | $3,712.09 |
| Jones | Joshua | $2,233.51 |
| Jones | Robert M. | $7,287.74 |
| Kalaba | Dane | $499.80 |
| Keller | Brian | $6,147.34 |
| Kelley | Jeremy | $5,246.35 |
| Kelley | Lisa | $3,658.03 |
| Kelp | Steve | $5,583.58 |
| Kerst | Holly | $125.45 |
| Krout | Donald | $4,187.68 |
| Krout | Wes | $6,232.29 |
| Kruger | Stephen | $6,891.31 |
| Larson | Jeffrey | $5,593.88 |
| Lawhorn | Matthew | $5,413.08 |
| Lawhorn | Nichole | $1,719.21 |
| Lawson | Robert | $3,699.22 |
| Ledbetter | Donald | $5,439.42 |
| Liles | Anthony | $6,206.55 |
| Lowry | James | $3,472.68 |
| Lucas | Matthew | $1,818.35 |
| Martin | Judy | $3,603.97 |
| Maynard | Brody | $5,825.56 |
| McDaniel | Ashley | $2,607.33 |
| McDaniel | Brad | $6,170.51 |
| McKinney | Paul | $3,881.99 |
| McMullen | Jeffrey L. | $6,729.13 |
| McMullen | Jeffrey R. | $4,414.86 |
| McMullen | Shawn | $6,198.83 |
| Minick | Kevin | $240.22 |
| Moore | Clayton | $7,020.02 |
| Moore | Michael E | $7,769.13 |
| Morgan | Wayne B. | $5,642.79 |
| Muller | Jacob | $7,635.27 |
| Neef | Zachary | $967.06 |
| Nicolas | Steven | $4,834.47 |
| Oakley | Robert | $5,851.30 |
| Odore | Christie | $3,799.61 |
| Odore | Mark | $6,963.39 |
| Olson | John | $5,696.85 |

| Last Name | First Name | Amount |
|---|---|---|
| Orr | Michael | $3,730.11 |
| Pattengale | Stanford | $4,468.92 |
| Peterson | Thomas | $4,033.87 |
| Pickett | Robert B. | $6,507.74 |
| Pickett | Robert A. | $4,752.09 |
| Pithoud | Christopher | $1,271.28 |
| Pithoud | Tyler | $4,023.58 |
| Poynter | Michael | $3,683.77 |
| Purcell | Edward | $1,614.55 |
| Purcell | Nisha | $3,537.04 |
| Pycke | Joey | $5,107.34 |
| Pyle | Gary | $5,359.62 |
| Pyle | Michael | $4,363.38 |
| Ratcliff | Nikki | $1,072.43 |
| Rater | Richard | $7,148.73 |
| Reed | John | $1,742.49 |
| Rice | Yvonne | $3,701.79 |
| Robbins | Ramon | $7,357.25 |
| Roberts | Daniel | $4,669.72 |
| Roberts | Janette | $4,788.13 |
| Roberts | Jessie | $4,031.30 |
| Rothrock, Jr. | LeRoy | $7,437.05 |
| Rush | James | $1,379.15 |
| Rush | Richard | $2,758.76 |
| Sandlin | Bernie | $4,494.67 |
| Saylor | Kelly | $3,737.83 |
| Schreiber | Kelly | $775.25 |
| Scroggins | Billy | $7,218.24 |
| Searcy | Bradley | $5,722.59 |
| Searcy | Chasity | $3,920.60 |
| Shamp | Erick | $5,581.01 |
| Shoaf | John | $2,435.56 |
| Simmons | Andrew | $6,821.80 |
| Simmons | Darik | $2,149.21 |
| Simmons | Kayla | $269.65 |
| Simmons | Trevor | $5,042.98 |
| Smith | Danny | $6,139.62 |
| Smith | Mathew | $5,050.71 |
| Smith | Stanley | $7,169.33 |
| Smith | Susan | $1,261.79 |
| Snider | Terry | $5,310.24 |
| Snider | Roger | $5,508.93 |

US.54138948.01

| Last Name | First Name | Amount |
|---|---|---|
| Stultz Sr. | Tony | $2,890.90 |
| Swaim | Donald | $1,305.78 |
| Swaim | Renee | $353.32 |
| Swank | Chuck | $3,598.82 |
| Tapscott | Gloria | $3,843.38 |
| Taylor | Mark | $3,794.47 |
| Thomas | Timothy | $4,610.51 |
| Thompson | Ronda | $500.97 |
| Thrower | Nolan | $1,685.31 |
| Vega | David | $4,000.41 |
| Verhey | Charles | $7,207.94 |
| Verhey | Steve | $7,267.15 |
| Vredenburgh | Aaron | $5,135.66 |
| Vredenburgh | Mika | $5,815.26 |
| Wakeland | Ryan | $1,212.33 |
| Walters | David | $3,640.01 |
| Watkins | Johnathan | $4,889.20 |
| Welchman | Dennis | $2,630.58 |
| Wesley | Brad | $632.67 |
| Wesley | Greg | $6,533.48 |
| Wheeler | Joshua | $4,355.21 |
| Wheeler II | William | $5,107.34 |
| White | Rebecca | $4,744.37 |
| Wilkinson | Tony | $1,418.62 |
| Willett | Roger J. | $6,518.04 |
| Wilson | Dewayne | $5,341.60 |
| Wilson | Starla | $432.08 |
| Winchester | Rick | $6,510.31 |
| Winchester | William | $4,201.20 |

US.54138948.01