UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHUA D. JONES, JOEY PYCKE, EDWARD PURCELL, CHARLES R. IRONS, RONDA THOMPSON, KELLY SCHREIBER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>C & D TECHNOLOGIES, INC.,<br><br>Defendant. | FLSA COLLECTIVE ACTION COMPLAINT UNDER 29 USC § 216(b)<br><br>CASE NO. 1:11-cv-1431 JMS-DKL |

**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT OF COLLECTIVE ACTION AND STAY PROCEEDINGS**

This matter is before the Court on the parties' Joint Motion to Approve Settlement of Collective Action and Stay Proceedings ("Joint Motion"). The Court has carefully considered the Joint Motion and finds that it is made for good cause. Accordingly, the Court GRANTS the Joint Motion and ORDERS that:

1. The settlement by, between, and among the parties, as set forth and embodied in the settlement agreement filed with the Court contemporaneously with the Joint Motion, is hereby approved as a fair and reasonable compromise of a bona fide dispute; and

2. All proceedings in this action are stayed pending further Order of this Court.

SO ORDERED this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF INDIANA,
INDIANAPOLIS DIVISION

2

Copies to:

Martha M. Lemert
FAEGRE BAKER DANIELS LLP
111 E. Wayne Street, Suite 800
Fort Wayne, IN  46802
Email:  martha.lemert@faegrebd.com

Tareen Zafrullah
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Email:  tareen.zafrullah@faegrebd.com

Robert Peter Kondras, Jr.
Caitlin M. Miller
HUNT HASSLER & LORENZ LLP
100 Cherry Street
Terre Haute, IN  47807
Email: kondras@huntlawfirm.net
           miller@huntlawfirm.net