UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSHUA D. JONES, JOEY PYCKE, EDWARD PURCELL, CHARLES R. IRONS, RONDA THOMPSON, KELLY SCHREIBER, et al.<br><br>    Plaintiffs<br><br>vs.<br><br>C & D TECHNOLOGIES, INC.,<br><br>    Defendant | **CLASS ACTION COMPLAINT**<br><br>**FLSA COLLECTIVE ACTION COMPLAINT UNDER 29 USC § 216(b)**<br><br>CASE NO. 1:11-cv-1431 JMS-DKL<br><br>Dismissal with prejudice acknowledged.<br>JMS, CJ 5-2-2017<br>Distribution via ECF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

On May 19, 2014, the parties filed a Joint Motion to Administratively Close Case stating that, upon full payment of the amounts set forth in the settlement agreement, the parties will file a stipulation of dismissal of this action with prejudice. (Filing No. 300.) On May 20, 2014, the Court granted the Joint Motion to Administratively Close Case. (Filing No. 301.)

At this time, the parties state the settlement has been fulfilled and the case can be closed. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by their respective counsel, hereby stipulate to the dismissal with prejudice of all claims in this action. Each party shall bear his, her, or its own costs and attorneys' fees.